SELF INITIATED
AMENDMENT

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### Daniel Patrick Moynihan United States Courthouse
### 500 Pearl Street
### New York, New York 10007

Lewis A. Kaplan
District Judge

August 7, 2010

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Ladies and Gentlemen:

Enclosed are the original and three copies of my 2009 financial disclosure report.

I wish also by this letter to amend my 2008 report by adding two new lines to Part VII:

| A | B | | C | | D | | |
|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) |
| Fifth Third Bank 1.4 09 CD | | None | L | T | Buy | 12-24 | L |
| NYC Ser F-1 5.0 21 | | None | L | T | Buy | 11-26 | L |



| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kaplan, Lewis A. | U.S. District Court, S.D.N.Y. | 08/07/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2009 to 12/31/2009 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse 500 Pearl Street New York, NY 10007 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Handy Place Investment Partnership |
| 2. Trustee | Trust u/w/o █████████ |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/07/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 11/09 | Univ. of Pennsylvania Institute of Law and Economics, lecture/teaching | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Various | Pension and retirement plan pmts -pension plans for benefit of retirees of Random House, Inc. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 2/14-21/09 | Cabo San Lucas, Mexico | Professional meeting | Travel, food, lodging |
| 2. | Widener University School of Law | 3/13-15/09 | Wilmington, DE | Lecutre and moot court | Travel, food, lodging |
| 3. | American Bar Association | 3/24-25/09 | Washington, DC | Professional meeting | Travel, food, lodging |
| 4. | National Ass'n of Criminal Defense Lawyers | 8/7/09 | Boston, MA | Professional meeting | Food, lodging |
| 5. | Univ. of Pennsylvania Institute of Law and Economics | 10/29-30/09 | Philadelphia, PA | Lecture/teaching | Travel, food, lodging |
| 6. | Open Skies | 11/26-12/4/09 | Paris, France | Personal | Air travel won by ▇▇▇▇ in promotion |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/07/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank accounts | A | Interest | J | T | | | | | |
| 2. NYS Pwr A Ser D 5.875 10 (E) | A | Interest | J | T | None | | | | |
| 3. NYS Pwr A Ser GP 5.5 10(E) | A | Interest | J | T | Redeemed (part) | 01/02/09 | J | A | |
| 4. NYS Pwr A Ser F 5.5 10 | A | Interest | J | T | Redeemed (part) | 01/02/09 | J | A | |
| 5. Mun Inv Trust Ser A NY | A | Interest | J | T | | | | | |
| 6. PW 1986 EES lim ptn | | None | J | W | None | | | | |
| 7. Handy Place Invest Part | | None | J | W | None | | | | |
| 8. NYS MCFFA 5.125 12 | B | Interest | K | T | Redeemed (part) | 11/12/09 | J | A | |
| 9. Triboro BTA 4.5 13 (E) | B | Interest | | | Sold | 07/01/09 | K | A | |
| 10. Puerto Rico MFA 5.5 09 (E) | B | Interest | | | Sold | 08/03/09 | K | A | |
| 11. NYS Dorm 5.125 11 (E) | C | Interest | L | T | None | | | | |
| 12. Triboro BTA 4.75 16 | A | Interest | | | Redeemed | 07/01/09 | K | A | |
| 13. NYC Mun Wtr 4.9 13 | B | Interest | | | Redeemed | 12/15/09 | L | A | |
| 14. Commack UFSD 4.375 13 | D | Interest | M | T | None | | | | |
| 15. NYS Twy 5.125 13 | D | Interest | K | T | Redeemed (part) | 07/15/09 | L | A | |
| 16. So Glens Falls CSD 5.25 14 | B | Interest | | | Redeemed | 06/15/09 | L | A | |
| 17. NY Tran at MTA 5.2 10 | D | Interest | M | T | None | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NYS Env Fac 5.125 11 | C | Interest | K | T | Redeemed (part) | 07/15/09 | L | A | |
| 19. NYS Dorm 5.125 11 | C | Interest | L | T | None | | | | |
| 20. NYS Dorm 5.1 12 (E) | B | Interest | K | T | None | | | | |
| 21. NYS Env Fac 4.55 13 | B | Interest | L | T | None | | | | |
| 22. NYS Env Fac 4.95 17 | C | Interest | L | T | None | | | | |
| 23. ML Bk/B&T RASP | A | Interest | | | Closed | 05/26/09 | J | | |
| 24. NYC Trans 5.0 19 | D | Interest | | | Sold | 11/10/09 | L | A | |
| 25. Greece CSD 4.5 17 | C | Interest | M | T | None | | | | |
| 26. NYC 4.375 11 (E) | C | Interest | M | T | None | | | | |
| 27. MTA 5.0 23 | C | Interest | M | T | None | | | | |
| 28. GECC 4.75 13 | D | Interest | M | T | None | | | | |
| 29. Nat City Bk fka Provident Bank 5.0 15 | B | Interest | | | Redeemed | 03/03/09 | L | A | |
| 30. NYC Ser J 4.625 18 | C | Interest | M | T | None | | | | |
| 31. NYS Dorm 5.0 19 (mult. issues) | B | Interest | M | T | None | | | | |
| 32. MTA 4.75 26 | D | Interest | N | T | None | | | | |
| 33. Long Island Pwr 4.75 24 | C | Interest | M | T | None | | | | |
| 34. NYS Dorm 4.75 25 | C | Interest | J | T | Redeemed (part) | 10/26/09 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/07/ 010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Western Bank Puerto Rico | A | Interest | | | Redeemed | 03/03/09 | K | A | |
| 36. Bank Amer 4.65 12 | B | Interest | K | T | None | | | | |
| 37. Capitol One Bk 4.75 10 | B | Interest | | | Sold | 06/04/09 | M | B | |
| 38. Port Auth NY&NJ 4.2 19 (E) | D | Interest | K | T | Sold (part) | 11/10/09 | L | A | |
| 39. NYS Dorm 4.625 18 (E) | D | Interest | | | Sold | 12/16/09 | L | A | |
| 40. JP Morgan Chase accts | A | Interest | K | T | | | | | |
| 41. NY Life whole life policies | A | Dividend | L | T | None | | | | |
| 42. ML CMA NY Mun Money | A | Interest | | | Closed | 05/22/09 | J | | |
| 43. ML CMA NY Mun Money | A | Interest | | | Closed | 06/22/09 | J | | |
| 44. Ulster Co 4.25 21 | C | Interest | L | T | None | | | | |
| 45. NYS Dorm 4.0 19 (E) | B | Interest | K | T | None | | | | |
| 46. ML CMA NY Mun Money | A | Dividend | | | Closed | 06/02/09 | J | | |
| 47. ML Bank RASP | A | Interest | | | Closed | 05/28/09 | J | | |
| 48. New York NY Ser N 4.05 17 | C | Interest | M | T | None | | | | |
| 49. Minisink CSD 4.0 12 | C | Interest | K | T | Sold (part) | 11/16/09 | L | A | |
| 50. Wayne CSD 4.0 20 | B | Interest | K | T | Sold (part) | 11/16/09 | K | A | |
| 51. Brookhaven CSD | C | Int./Div. | L | T | None | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HSBC Fin Corp 4.65 10 | B | Interest | K | T | None | | | | |
| 53. GECC 5.0 16 | B | Interest | K | T | None | | | | |
| 54. NYS Dorm 4.0 19 | C | Interest | L | T | None | | | | |
| 55. National Union Bank of [locality] | A | Int./Div. | J | T | | | | | |
| 56. New York NY IDA 4.0 17 | B | Interest | L | T | | | | | |
| 57. Clarkstown 4.25 20 (E) | B | Interest | K | T | | | | | |
| 58. NYS Dorm 5.0 24 (E) | B | Int./Div. | K | T | | | | | |
| 59. NYC 5.0 21 (E) | B | Int./Div. | K | T | | | | | |
| 60. Port Auth 4.75 32 | C | Int./Div. | M | T | | | | | |
| 61. NYS Twy 3.5 18 | B | Int./Div. | L | T | | | | | |
| 62. NYS Twy 4.5 28 | C | Int./Div. | L | T | | | | | |
| 63. NYS Dorm 5.0 24 | A | Int./Div. | K | T | | | | | |
| 64. ML US Treas Money Fd | A | Int./Div. | | | Closed | 03/02/09 | K | | |
| 65. Southwest Bk of St Louis CD | D | Int./Div. | M | T | | | | | |
| 66. M&I Marshall & Isley 5.15 18 | D | Int./Div. | M | T | | | | | |
| 67. M&I Bank 5.15 18 | C | Int./Div. | L | T | | | | | |
| 68. M&I Marshall & Isley 5.25 18 | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q -Appraisal U -Book Value | R =Cost (Real Estate Only) V -Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. National City Bank 5.2 18▨ | B | Int./Div. | | | Redeemed | 06/08/09 | L | A | |
| 70. Branch B&T 5.5 19 | B | Int./Div. | | | Redeemed | 07/27/09 | L | A | |
| 71. Branch B&T 5.5 16 | C | Int./Div. | L | T | | | | | |
| 72. US Treas 0% 1/2/09 | | None | | | Matured | 01/02/09 | O | B | |
| 73. US Treas 0% 3/5/09 | | None | | | Matured | 03/05/09 | N | A | |
| 74. Pacific Capital Bank CD | A | Int./Div. | | | Matured | 02/24/09 | M | A | |
| 75. Goldman Sachs Bank CD | A | Interest | | | Redeemed | 03/24/09 | M | A | |
| 76. ML Bk/B&T▨ | A | Interest | | | Closed | 05/28/09 | J | | |
| 77. US Treas 0% 1/22/09 | | None | | | Matured | 01/22/09 | O | B | |
| 78. Discover Bank 3.4 11▨ | A | Int./Div. | K | T | | | | | |
| 79. New Frontier Bank 3.6 12▨ | B | Int./Div. | | | Redeemed | 04/20/09 | L | A | |
| 80. M& I Bank 5.0 15▨ | A | Int./Div. | | | Redeemed | 01/29/09 | K | A | |
| 81. Southwest Bk of St L 5.2 18▨ | B | Int./Div. | K | T | | | | | |
| 82. Pacific Capital 1.6 09▨ | A | Int./Div. | | | Matured | 02/24/09 | M | | |
| 83. US Treas 0% 4.23.09 | | None | | | Buy | 03/24/09 | N | | |
| 84. | | | | | Buy (add'l) | 03/26/09 | M | | |
| 85. | | | | | Matured | 04/23/09 | O | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. US Treas 0% 5.14.09 | | None | | | Buy | 03/31/09 | O | | |
| 87. | | | | | Buy (add'l) | 04/09/09 | N | | |
| 88. | | | | | Matured | 05/14/09 | P1 | A | |
| 89. US Treas 0% 5.28.09 | | None | | | Buy | 04/20/09 | O | | |
| 90. | | | | | Matured | 05/28/09 | O | A | |
| 91. JP Morgan Chase (IRA) | A | Int./Div. | O | T | Open | 05/27/09 | J | | |
| 92. Pimco Fds Total Return | F | Distribution | O | T | Buy | 07/02/09 | M | | |
| 93. | | | | | Buy (add'l) | 09/23/09 | N | | |
| 94. | | | | | Sold (part) | 12/29/09 | N | A | |
| 95. JP Morgan Tax Free Money Mkt (E) | A | Int./Div. | M | T | Open | 10/28/09 | L | | |
| 96. NYC Trans Fin 5.25 12 (E) | | None | K | T | Buy | 12/10/09 | K | | |
| 97. Unadilla NY 4.0 13 (E) | | None | K | T | Buy | 12/29/09 | K | | |
| 98. Islip NY 5.0 14 (E) | | None | K | T | Buy | 11/10/09 | K | | |
| 99. Nassau Co. NY 4.0 14 (E) | | None | K | T | Buy | 12/15/09 | K | | |
| 100. Perinton NY 3.25 15 (E) | | None | K | T | Buy | 12/17/09 | K | | |
| 101. Ithaca NY 4.0 16 (E) | | None | K | T | Buy | 12/29/09 | K | | |
| 102. Wilmington Trust 1.1 09 CD | A | Int./Div. | | | Buy | 01/02/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R -Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Redeemed | 04/02/09 | M | A | |
| 104. US Treas 0% 4.2.09 | | None | | | Buy | 01/02/09 | O | | |
| 105. | | | | | Buy (add'l) | 03/02/09 | L | | |
| 106. | | | | | Buy (add'l) | 03/03/09 | K | | |
| 107. | | | | | Matured | 04/02/09 | O | A | |
| 108. US Treas 0% 4.9.09 | | None | | | Buy | 03/05/09 | N | | |
| 109. | | | | | Matured | 04/09/09 | N | A | |
| 110. JP Morgan Treas Agy Fd | C | Distribution | | | Buy | 07/02/09 | N | | |
| 111. | | | | | Buy (add'l) | 07/17/09 | M | | |
| 112. | | | | | Sold | 09/23/09 | O | B | |
| 113. JP Morgan Strategic Inc Fd | D | Distribution | O | T | Buy | 08/04/09 | L | | |
| 114. | | | | | Buy (add'l) | 09/23/09 | N | | |
| 115. JP Morgan Int'l Currency Fd | B | Distribution | K | T | Buy | 10/23/09 | K | | |
| 116. JP Morgan US Equity Fd | A | Distribution | M | T | Buy | 10/23/09 | M | | |
| 117. JP Morgan Short Duration Bd Fd | | None | N | T | Buy | 12/30/09 | N | | |
| 118. Fifth Third Bk 1.4 09 CD | A | Int./Div. | | | Redeemed | 03/24/09 | L | A | |
| 119. NYC Ser F-1 5.0 21 | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B) and D4) | F -$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/07/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. JP Morgan brokerage accts | A | Interest | O | T | Open | 05/26/09 | J | | |
| 121. JP Morgan Tax Free Money Mkt | | None | M | T | Open | 10/28/09 | M | | |
| 122. Schenectady Co. NY 2.0 11 | | None | K | T | Buy | 12/30/09 | K | | |
| 123. Ithaca NY 4.0 13 | | None | K | T | Buy | 12/29/09 | K | | |
| 124. Islip NY 5.0 14 | | None | L | T | Buy | 11/10/09 | L | | |
| 125. Nassau Co. NY 4.0 14 | | None | K | T | Buy | 12/15/09 | K | | |
| 126. Perinton NY 3.25 15 | | None | K | T | Buy | 12/17/09 | K | | |
| 127. Niskayuna NY 3.375 16 | | None | K | T | Buy | 12 31/09 | K | | |
| 128. Dutchess Co. NY 5.0 18 | | None | K | T | Buy | 12/31/09 | K | | |
| 129. Orange Co. NY 4.25 19 | | None | K | T | Buy | 11/25/09 | K | | |
| 130. JP Morgan Chase checking account | A | Interest | J | T | Open | 05/21/09 | J | | |
| 131. Wlimington Trust 1.1 09 | A | Int./Div. | | | Buy | 01/02/09 | L | | |
| 132. | | | | | Redeemed | 04/20/09 | L | A | |
| 133. US Treas 0% 5/14/09 | | None | | | Buy | 04/02/09 | L | | |
| 134. | | | | | Matured | 05/14/09 | L | A | |
| 135. JP Morgan Treas & Agency Fd | B | Int./Div. | K | T | Buy | 07/02/09 | L | | |
| 136. | | | | | Buy (add'l) | 08/03/09 | K | | |

| 1. Income Gain Codes: | A -$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/07/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/05/09 | L | | |
| 138. | | | | | Sold (part) | 09/03/09 | M | | |
| 139. Colonial Bank 0.65 09 | A | Int./Div. | | | Buy | 02/11/09 | K | | |
| 140. | | | | | Redeemed | 05/11/09 | K | A | |
| 141. US Treas 0% 3/26/09 | | None | | | Buy | 02/11/09 | M | | |
| 142. | | | | | Matured | 03/26/09 | M | A | |
| 143. US Treas 0% 4/23/09 | | None | | | Buy | 03/26/09 | M | | |
| 144. | | | | | Matured | 04/23/09 | M | A | |
| 145. US Treas 05 5/28/09 | | None | | | Buy | 04/23/09 | M | | |
| 146. | | | | | Matured | 05/28/09 | M | A | |
| 147. Pimco Funds Total Return | C | Distribution | L | T | Buy | 07/02/09 | L | | |
| 148. | | | | | Sold (part) | 12/30/09 | J | A | |
| 149. JP Morgan Strategic Income | B | Distribution | M | T | Buy | 08/05/09 | K | | |
| 150. | | | | | Buy (add'l) | 09/23/09 | M | | |
| 151. JP Morgan International Value Fund | A | Distribution | J | T | Buy | 10/28/09 | J | | |
| 152. JP Morgan US Equity Fund | A | Distribution | K | T | Buy | 10/28/09 | K | | |
| 153. JP Morgan Short Duration Bond Fd | | None | J | T | Buy | 12/30/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/07/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. JP Morgan brokerage accts | A | Interest | M | T | Open | 05/18/09 | K | | |
| 155. JP Morgan Tax Free Money Market Fd | | None | K | T | Open | 10/31/09 | K | | |
| 156. Schenectady Co. NY 2.0 11 | | None | K | T | Buy | 12/30/09 | K | | |
| 157. Ithaca NY 4.0 12 | | None | K | T | Buy | 12/29/09 | K | | |
| 158. Clarkstown NY 3.5 12 | | None | K | T | Buy | 12/21/09 | K | | |
| 159. Perinton NY 3.25 13 | | None | K | T | Buy | 12/17/09 | K | | |
| 160. Unadilla NY 4.0 14 | | None | K | T | Buy | 12/31/09 | K | | |
| 161. Nassau Co. NY 4.0 14 | | None | K | T | Buy | 12/15/09 | K | | |
| 162. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/07/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. (E) designates assets held as trustee u/w/o

2. Part VII, line 55
 - name of locality omitted for security reasons

3. Income for 1986 EES and Handy Place partnerships equals distributions

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544